**Joseph D. HARBAUGH,
Plaintiff–Appellant,**

v.

**Christian Rene GRESLIN,
et al., Defendants,**

**Pyrros N. Vardinoyannis, Interpleader–
Appellee.**

**No. 06–13706
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 27, 2007.

William J. Brown, William J. Brown, P.A., Robert Newton Harris, The Harris Law Firm, P.A., Miami, FL, for Plaintiff–Appellant.

Bryan Thomas West, Joseph A. Demaria, Maria N. Vernace, Tew Cardenas, LLP, Miami, FL, for Interpleader–Appellee.

Before TJOFLAT, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

The sole issue in this appeal is whether the district court erred in dismissing appellant's interpleader complaint against the impleaded third party for lack of personal jurisdiction. In its dispositive order of June 2, 2006, the district court concluded that appellant "failed to satisfy any jurisdictional prerequisites of Florida's long-arm statute." Therefore, the court did not proceed with the second aspect of personal jurisdiction analysis, i.e., whether exercising jurisdiction over the third party would deny that party due process of law.

We find no error in the court's determination that appellant failed to establish the jurisdictional prerequisites of Florida's long-arm statute, and thus affirm the court's dismissal of the interpleader complaint.

**AFFIRMED.**